LOCAL PROB 12C
(6/2010)

# UNITED STATES DISTRICT COURT

for

Connecticut

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Steven Smith                                    Case Number:[0205 3:10CR00182]-[001]

Name of Sentencing Judicial Officer:  The Honorable Warren W. Eginton,  Senior U.S. District Judge

Date of Original Sentence: April 5, 2011

Original Offense: Escape from Custody of the Attorney General, in violation of 18 U.S.C. Section 741

Original Sentence:  15 months' imprisonment, 36 months supervised release

Type of Supervision: supervised release                  Date Supervision Commenced: November 3, 2011

Assistant U.S. Attorney: Raymond Miller                  Defense Attorney: Lindy R. Urson

☒ To issue a warrant
☐ To issue a summons

**PETITIONING THE COURT**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Standard Condition:  " The defendant shall not commit another federal, state or local crime."

On December 29, 2011, Mr. Smith was arrested in Bristol, Connecticut and charged with Violation of a Protective Order, Burglary 3rd degree and Criminal Mischief 3rd degree. Police reports reflect that Mr. Smith is accused of vandalizing the residence and business of his cousin who had a restraining order restricting his contact with her or  being near her property.  Mr. Smith is being held at the Hartford Correctional Center on a $10,000 bond. He is scheduled to appear in Bristol Superior Court on January 12, 2012.

LOCAL PROB 12C
(6/2010)

U.S. Probation Officer Recommendations:

A warrant be issued for Mr. Smith's arrest and filed as a detainer.

☐ The term of supervision should be

☒ revoked.
☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed On _____ December 29, 2011 _____

_____
Steven J. Lambert
U.S. Probation Officer

**THE COURT ORDERS:**

☐ No action.

☒ The issuance of a warrant

☐ The issuance of summons

☐ Other

_____
Signature of Judicial Officer

29 December 2012
Date