LF 245D  (3/2012) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## District of Connecticut

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| v. | (For Revocation of Probation or Supervised Release) |
| Steven Smith | Case Number: 0205 3:10CR00182-001 |
| | USM Number: 49004-054 |
| | Robert Berke |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✓] admitted guilty to violation of condition(s) No. 1 _____ of the term of supervision.

[ ] was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

**Violation Number    Nature of Violation                                                                    Violation Ended**

1    "The defendant shall not commit another federal, state or local offense."                    10/14/2012

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 0547

Defendant's Date of Birth: 1960

Defendant's Residence Address:

Waterbury, CT 06708

April 12, 2011
Date of Imposition of Judgment

/s/ Warren W. Eginton, SUSDJ

Signature of Judge

Honorable Warren W. Eginton
Senior U.S. District Judge
Name and Title of Judge

July 3, 2013
Date

[ ] Ready for Judge's Signature

AO 245D (Rev. 4/2011) Judgment in a Criminal Case for Revocations
Sheet 2 -- Imprisonment

Judgment --Page 2 of 2

DEFENDANT: Steven Smith
CASE NUMBER: 0205 3:10CR00182-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

12 months' consecutive to the state sentence he is currently serving with no supervision to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __10-15-13__ to __FCI Cumberland__
at __Cumberland, MD__ with a certified copy of this judgment.

__Timothy S. Stewart, Warden__
UNITED STATES MARSHAL

__D. Butterbaugh, CSO__
DEPUTY UNITED STATES MARSHAL

[Stamp: 2013 NOV 7 PM 3 15 FILED U.S. DISTRICT COURT NEW HAVEN, CT.]

AO 245D  (Rev. 4/2011) Judgment in a Criminal Case Personal Identification Attachment

DEFENDANT:        Steven Smith
CASE NUMBER:   0205 3:10CR00182-001
DISTRICT:              CONNECTICUT

## Judgment in a Criminal Case Personal Identification Attachment
### (Not for Public Disclosure)

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b). A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

Defendant's Soc. Sec. No.:          0547
Defendant's Date of Birth:           1960
Defendant's Residential Address:

Waterbury, CT  06708

Defendant's Mailing Address:
*(if different)*